JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAD AND ASSOCIATES, LLC dba LASSEN'S HEALTH FOODS, a limited liability company; PETER LASSEN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>KAPATOES INSURANCE SERVICES, AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendant. | Case No.: CV 18-7382-DMG (JEMx)<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE [27]** |

Good cause appearing,

The Stipulation of Dismissal With Prejudice of Plaintiffs LAD and Associates, LLC dba Lassen's Health Foods and Peter Lassen and Defendant Kapatoes Insurance Services is hereby APPROVED.

**IT IS FURTHER ORDERED THAT**:

1. The above-captioned matter, including all claims and causes of action, is hereby dismissed with prejudice; and
2. All dates and deadlines currently scheduled and/or set in this matter are hereby VACATED.

DATED: August 5, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1